AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**AYUDHIA SARESH NARAIN, JR.**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 18, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendants did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, firearm, that is, a High Point 9mm semi-automatic handgun.**

in violation of Title **21 & 18** United States Code, Section(s) **841(a)(1); and 924(c)(1)**.

I further state that I am **OFFICER RAOUL SHORT**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER RAOUL SHORT**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                                  City and State

_____         _____
**Name & Title of Judicial Officer**                     **Signature of Judicial Officer**

## **STATEMENT OF FACTS**

      On February 18, 2007, a sworn officer of the Metropolitan Police Department's First District saw the defendant, Ayudhia Narain, Jr., in a car in the middle of the intersection at 4th and F Streets, N.E., Washington, D.C. The officer drove by and noticed that the defendant was asleep at the wheel. When the officer approached the driver's side window, he could smell a strong odor consistent with alcohol. The defendant was removed from the car, so the officer could conduct a breath test and intoxilyzer analysis. When the officer removed the defendant from the car, he saw a gun in the driver's side door/control panel of the car. Officers placed the defendant under arrest. Officers recovered a loaded High Point 9mm semi-automatic handgun. A further search of the car, revealed a one ounce bottle containing a liquid with an odor consistent with PCP inside of a black sock on the rear seat. Recovered from the defendant's pocket was $2,000.00 in U.S. currency. A search of the trunk area revealed approximately 394 grams of a white rock-like powder substance, and $1,449.00 in U.S. currency. The white rock-like powder substance appeared to be crack cocaine. A portion of the white rock-like powder substance field tested positive for cocaine. The amount of the white rock-like powder substance is an amount commonly indicating that it was going to be sold to others rather than used exclusively by the defendant.

 

_____
OFFICER RAOUL SHORT
FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF FEBRUARY, 2007.


_____
U.S. MAGISTRATE JUDGE