UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0046M-01 (CR) |
| **AYUDHIA S. NARAIN, JR.,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Phencyclidine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 18, 2007, within the District of Columbia, **AYUDHIA S. NARAIN, JR.**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about February 18, 2007, within the District of Columbia, **AYUDHIA S. NARAIN, JR.**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT THREE

On or about February 18, 2007, within the District of Columbia, **AYUDHIA S. NARAIN, JR.**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One and Two of this Indictment which is incorporated herein, a firearm, that is, a High Point 9mm semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.