FILED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-059 (RCL) |
| v. | : |
| AYUDHIA S. NARAIN, JR. | : 21 U.S.C. 841(a)(1) and 841(b)(1)(C) |
| | : (Unlawful Possession with Intent to Distribute |
| | : Cocaine) |
| Defendant. | : |

*Let this be filed*
*Royce C. Lamberth*
*U.S.J. 5/10/07*

### STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On February 18, 2007 at approximately 3:00 a.m., Officer Raoul Short of the Metropolitan Police Department came upon a silver Mercedes Benz sedan sitting in the middle of the intersection of 4th Street, and F Street, NE. Because northbound traffic was approaching, Officer Short approached the vehicle and called out to Ayudhia S. Narain, the Defendant, because he appeared to be asleep at the wheel even though the car engine was running. When the Defendant did not respond, Officer Short walked to the driver's side door and again asked the Defendant if he was okay, but the Defendant only mumbled incoherently. Smelling the odor of alcohol coming from the Defendant, Officer Short reached through the open driver's side window, placed the car in park and turned off the vehicle.

Officer Short then opened the driver's side door of the vehicle and immediately noticed what appeared to be the butt of a handgun wedged between the control panel and the door. Officer Short took the Defendant out of the car and retrieved the suspected handgun from the car. The item that

was retrieved from the car was a High Point 9mm semi-automatic handgun that was loaded with eight rounds of ammunition, including one round in the chamber. Officer Short then searched the inside of the car and found numerous bank deposit slips with the Defendant's name and a black sock on the backseat. Inside that black sock was a vial filled with liquid that had an odor consistent with that of PCP. Officer Short also searched the Defendant and found that he had $2000 in cash on his person.

Officer Short proceeded to search the trunk of the car and found a digital scale, a brown designer bag, and a cotton Luis Vuitton bag. Inside of the brown designer bag Officer Short found $1449 in cash, four cell phones, one Palm Pilot, and a wallet containing seven or eight credit cards in the Defendant's name. Inside of the Louis Vuitton bag Officer Short found eight sizeable plastic bags and one large bag of a white powder substance that field tested positive for cocaine.

The suspected cocaine was sent to the Drug Enforcement Agency ("DEA") Mid-Atlantic Laboratory for further analysis, and the DEA determined that the white powder substance was indeed cocaine weighing approximately 320 grams. The DEA has not analyzed the suspected PCP that was seized from the back seat of the car that the Defendant was driving.

Based on the quantity of cocaine, the manner in which it was packaged, the amount of money found on the Defendant, the presence of a digital scale in the Defendant's car along with four cell phones, the Government would have proven beyond a reasonable doubt that he possessed with the intent to distribute cocaine, and that he possessed a firearm while committing that offense.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
Louis Ramos
Assistant United States Attorney
D.C. Bar no. 472-176
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4243
Washington, D.C. 20530
(202) 305-2195

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (3) pages constituting the Statement of Offense in the above-captioned case, 07-059 (RCL), with my attorney, Rudy Acree, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 5-10-07     _____
Ayudhia S. Narain, Jr., Defendant

Date: 5/10/07     _____
Rudy Acree, Esq.
Attorney for Defendant Ayudhia S. Narain, Jr.