UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | DOCKET NO.: 07-CR-00059-01 |
| ) | |
| Ayudhia Narain ) | |

**FILED**
JUL - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

The U.S. Probation Office completed and disclosed the Presentence Report on [Disclosure Date].

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant and counsel for the government.

Accordingly, it is by the Court, this 9th day of July, 20 07,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant and counsel for the government shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
Royce C. Lamberth
United States District] Judge

7/9/07
_____
**DATE**